

RECEIVED

Aug 31  12 09 PM '04

FINANCIAL
DISCLOSURE OFFICE

## UNITED STATES DISTRICT COURT
### UNITED STATES COURTHOUSE
### 500 PEARL STREET
### NEW YORK, NY 10007

CHAMBERS OF
HAROLD BAER, JR.
DISTRICT JUDGE

TEL (212) 805-0184
FAX (212) 805-7901

UNOFFICIAL

August 23, 2003

Hon. Mary M. Lisi, Chair
Judicial Conference of the US
Committee on Financial Disclosure
One Columbus Circle NE
Washington, DC 20544

      Re:  Calendar Year 2003 Filing for
            Harold Baer, Jr.

Dear Judge Lisi:

    Thank you for your letter of July 26.  I attach the detail for Part IV, lines 1, 4 and 5 that you request and I note the information regarding reporting contained in the second, third and fourth paragraphs of your letter.  Thank you.

    In any event, if you want additional information, I am available to provide it.

HON. HAROLD BAER , JR.
FINANCIAL DISCLOSURE 2003

RECEIVED

Aug 31  12 09 PM '04

FINANCIAL
DISCLOSURE OFFICE

PART IV REIMBURSEMENTS

Line 1    American Law Institute/American Bar Association
          May 8 to May 10, 2003
          Transportation, lodging and food

Line 4    George Mason School of Law
          June 26 to June 29, 2003
          Transportation, lodging and food

Line 5    Pace University School of Law
          October 17 to October 18, 2003
          Transportation, lodging and food

| AO-10 | | Report Required by the Ethics |
| Rev. 1/2004 | | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BAER, JR., HAROLD | US DISTRICT | 5/4/04 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE — *ACTIVE* | ○ Nomination, Date<br>○ Initial ● Annual ○ Final | 1/1/03<br>to<br>12/31/03 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| ROOM 2230 U.S. COURTHOUSE<br>500 PEARL STREET<br>NEW YORK, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE | DANIEL FREY TRUST |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | NEW YORK CITY MANAGEMENT WELFARE FUND |

RECEIVED 2004 MAY 17 A 11:09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | LEXIS NEXIS - BOOK ROYALTIES | 953.00 |
| 2. | | MATTHEW BENDER & CO., INC. - BOOK ROYALTIES | 1303.00 |
| 3. | | PENSION - NY STATE EMPLOYEES' RETIREMENT SYSTEM | 20,312.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | TIAA AND CREF REITREMENT SYSTEM |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 1. | ACTIVITY OF PROFESSIONAL ASSOC OR CIVIC ORGANIZATION 5/8/03-5/10/03 | BOSTON, MASSACHUSSETS | $932 |
| 2. | EDUCATIONAL SEMINAR SPONSORED BY FJC  5/22/03-5/26/03 | PALO ALTO, CALIFORNIA | $816 |
| 3. | CIRCUIT JUDICIAL CONFERENCE 6/5/03-6/7/03 | BOLTON LANDING, NEW YORK | $757 |
| 4. | NON-FJC EDUCATIONAL SEMINAR OR ROGRAM 6/26/03-6/29/03 | NEW HAVEN, CONNECTICUT | $713 |
| 5. | NON-FJC EDUCATIONAL SEMINAR OR PROGRAM 10/17/03-10/18/03 | WHITE PLAINS, NEW YORK | $129 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE    - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION | |
|---|---|---|---|
| 6. | METTING OF US JUDICIAL CONFERENCE OR COMMITTEES   10/25/03-10/29/03 | PALM BEACH, FLORIDA | $1,075 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | ROSEN WEDDING | GIFT OF CAVIAR. | $250 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

VI.   LIABILITIES

████AND I EACH HAVE A SECURITIES ACCOUNT WHICH AT CERTAIN MONTH ENDS SHOWED AMOUNTS IN EXCESS OF
$10,000.00 OWED BY ████TO THE BROKER.

| | | ████ | ██ |
|---|---|---|---|
| JANUARY | 2003 | $60,362.00 | $40,523.00 |
| FEBRUARY | 2003 | 49,025.00 | 45,699.00 |
| MARCH | 2003 | 54,155.00 | 45,129.00 |
| APRIL | 2003 | 38,241.00 | 39,589.00 |
| MAY | 2003 | 39,494.00 | 28,824.00 |
| JUNE | 2003 | 39,081.00 | 28,998.00 |
| JULY | 2003 | 35,228.00 | 27,027.00 |
| AUGUST | 2003 | 38,886.00 | 30,396.00 |
| SEPTEMBER | 2003 | 38,007.00 | 80,713.00 |
| OCTOBER | 2003 | 15,520.00 | 10,354.00 |
| NOVEMBER | 2003 | 14,727.00 | 13,885.00 |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/4/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. GILLETTE CO. | A | Dividend | K | T | Part Sale | 5/15 | J | D | |
| 2. ROCHESTER FUND | D | Dividend | M | T | | | | | |
| 3. WALT DISNEY & CO. | A | Dividend | | | SALE | 4/16 | J | D | |
| 4. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |
| 5. HOME DEPOT INC. | A | Dividend | K | T | | | | | |
| 6. PROCTOR & GAMBLE CO. | A | Dividend | L | T | | | | | |
| 7. OAKMARK INTERNATIONAL FUND (IRA) | A | Dividend | J | T | PART SALE | 12/15 | K | D | |
| 8. VANGUARD FUND (IRA) SHORT TERM CORP FUND | A | Dividend | K | T | | | | | |
| 9. SCUDDER GLOBAL FUND | A | Dividend | J | T | | | | | |
| 10. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 11. BELL SOUTH CORP | A | Dividend | J | T | | | | | |
| 12. INTEL CORP. | A | Dividend | K | T | PART SALE | 4/16 | J | D | |
| 13. EXXON MOBIL CORP. | A | Dividend | K | T | | | | | |
| 14. ROCHESTER MUNICIPAL FUND, INC. | B | Dividend | K | T | | | | | |
| 15. SBC COMMUNICATIONS, INC. | B | Dividend | | | SALE | 4/16 | K | E | |
| 16. FIRST ENERGY CORP. | B | Dividend | M | T | | | | | |
| 17. PFIZER, INC. | C | Dividend | M | T | | | | | |
| 18. PUBLIC SERVICE ENTERPRISE GROUP | C | Dividend | L | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/4/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CYPRESS SEMICONDUCTOR CORP. | | None | K | T | | | | | |
| 20. NYS DORM AUTH 7.40% | A | Interest | J | T | REDEEMED | 7/1 | J | A | |
| 21. OPPENHEIMER CAPITAL APPREC. FD | | None | K | T | | | | | |
| 22. NASSAU CNTY, NY 6.50% 2010 | B | Interest | K | T | | | | | |
| 23. QUEST FOR DUAL PURPOSE FUND IRA | A | Dividend | J | T | | | | | |
| 24. TXU CORP | A | Dividend | J | T | | | | | |
| 25. US SAVINGS BONDS | B | Interest | J | W | | | | | |
| 26. NYC, NY G/O 5.75% 2013 | A | Interest | | | REDEEMED | 7/1 | J | A | |
| 27. **OCC CASH RESERVES PRIMARY PORTFOLIO FD | A | Dividend | J | T | | | | | |
| 28. MERK & CO. | A | Dividend | K | T | | | | | |
| 29. **EMERGING MARKETS INCOME FUND II, INC. | A | Dividend | | | SALE | 2/3 | J | A | |
| 30. **MFS CHARTER INCOME TRUST - SBI | A | Dividend | J | T | | | | | |
| 31. **ENTERTAINMENT PROPERTIES TRUST | B | Dividend | K | T | | | | | |
| 32. **ABOVE PROPERTY HELD BY ME AS TRUSTEE U/W DANIEL FREY | | - | | | | | | | |
| 33. I HAVE NO BENEFICIAL INTEREST IN THE TRUST. | | | | | | | | | |
| 34. 3.67% INTEREST BUILDING BROOKLYN, NY | B | Rent | J | W | | | | | |
| 35. OCC CASH RESERVED | A | Dividend | J | T | | | | | |
| 36. OPPENHEIMER QUEST CAPITAL VALUE FUND | | None | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BAER, JR., HAROLD | 5/4/04 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. EMERGING MARKETS FD NOW SALMON BROS EMERGING MARKETS II | A | Dividend | J | T | | | | | |
| 38. PLAINS ALL AMERICAN PIPELINE LP | A | Dividend | J | T | | | | | |
| 39. SMUCKER J.M. CO | A | Dividend | J | T | | | | | |
| 40. MEDCO HEALTH SOLUTIONS | A | Dividend | J | T | SPIN-OFF | 8/19 | J | | |
| 41. CHICOS FAS INC | A | Dividend | J | T | BUY | 12/4 | J | | |
| 42. GENERAL ELECTRIC CO | A | Dividend | J | T | BUY | 11/20 | J | | |
| 43. PARK PLACE ENTERTAINING CORP | A | Dividend | J | T | BUY | 12/4 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____          Date __5/12/04__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544